THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* GEORGE DE SOMMA, Appellant.

(Argued October 8, 1919; decided October 24, 1919.)

APPEAL from a judgment of the Supreme Court rendered March 3, 1919, at a Trial Term for the county of Westchester, upon a verdict convicting the defendant of the crime of murder in the first degree.

*James Dempsey* and *John Palmieri* for appellant.

*Lee Parsons Davis,* District Attorney (*Thomas A. McKennell* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, POUND, MCLAUGHLIN and CRANE, JJ.